CONCETTA BRAVADO, an Infant, by LENA BRAVADO, Her Guardian ad Litem, et al., Appellants, *v.* THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

Submitted April 19, 1940; decided May 21, 1940.

*William A. Blank, Daniel Ginsberg* and *Louis Myerson* for appellants.

*A. L. Wilbur* and *James L. Quackenbush* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.